**PHUC QUANG LE, Petitioner–Appellee,**

v.

**S. Hubert HUMPHREY, Jr., et al., Respondents,**

**William H. McLean, Additional Respondent–Appellant.**

**No. 13–10410.**

United States Court of Appeals, Eleventh Circuit.

May 9, 2014.

Francis Xavier Moore, Frank X. Moore & Associates, Atlanta, GA, for Petitioner–Appellee.

William H. McLean, Marietta, GA, pro se.

Before TJOFLAT, WILSON and RIPPLE,* Circuit Judges.

* Honorable Kenneth F. Ripple, United States Circuit Judge for the Seventh Circuit, sitting by designation.

PER CURIAM:

After entertaining oral argument of counsel and consulting their briefs, we find no merit in appellant's appeal of the sanctions orders of August 10, 2012 and December 27, 2012. We therefore affirm the judgment of the District Court.

AFFIRMED.